UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID W. RIGGINS, a/k/a DAWUD HALISI MALIK,<br><br>                              Plaintiff,<br><br>     v.<br><br>WARDEN NWDC, *et al.*,<br><br>                              Defendants. | No. C10-5147 FDB/KLS<br><br>ORDER TO SHOW CAUSE |

On March 4, 2010, Plaintiff submitted an application to proceed *in forma pauperis.* Dkt. 1. On March 4, 2010, the Clerk of Court advised Plaintiff that his application was deficient because he failed to provide the court with a signed written consent for payment of costs from any recovery under local rule CR3(b). Dkt. 2. Plaintiff was directed to provide the written consent on or before April 5, 2010. *Id.* He has failed to do so.

As Plaintiff was previously advised, Local Rule CR 3(b) provides that he must:

> (2) File a written consent that the recovery, if any, in the action, to such amount as the court may direct, shall be paid to the clerk who may pay therefrom all unpaid fees and costs taxed against the plaintiff, and to his attorney the amount which the court allows or approves as compensation for the attorney's services.

Accordingly, the Court **ORDERS:**

ORDER - 1

1     (1)    Plaintiff must submit a signed written consent required by Local Rule CR3(b) **on or before May 7, 2010**. Failure to do so by **May 7, 2010** shall be deemed a failure to properly prosecute this matter and the court will recommend dismissal of this matter.

    (2)    The Clerk is directed to send a consent form and a copy of this Order to Plaintiff.

DATED this __14th__ day of April, 2010.

                                                 Karen L. Strombom
                                                 United States Magistrate Judge

ORDER - 2