UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID W. RIGGINS, a/k/a DAWUD HALISI MALIK,<br><br>       Plaintiff,<br><br> v.<br><br>DAN PACHOLKE, TAMMY GWIN, C. WHALEY, V. JOHANSEN, STEVE RAMSEY, GREGA JOINES, and JOHN SCOTT,<br><br>       Defendants. | No. C10-5147 BHS/KLS<br><br>ORDER DIRECTING RESPONSE FROM DEFENDANTS |

Before the court is Plaintiff's "Letter/Motion for Return of Overpaid Filing Fee." Dkt. 21. Plaintiff asserts that although he paid the full $350.00 filing fee for filing his complaint in this case, the Department of Corrections has improperly deducted his inmate account in the amount of $40.00 toward payment of the fee. *Id.*

According, it is **ORDERED:**

(1) Defendants are directed to file a response to Plaintiff's motion **on or before August 30, 2010;** Plaintiff may file a reply to Defendants' response **on or before September 3, 2010.**

(2) The Clerk shall **strike** the noting date of July 30, 2010 for Plaintiff's motion and **re-note** the motion (Dkt. 21) for **September 3, 2010.**

DATED this  16th  day of August, 2010.

                Karen L. Strombom
                United States Magistrate Judge

ORDER - 1