UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID W. RIGGINS a/k/a DAWUD HALISI MALIK,<br><br>       Plaintiff,<br><br>  v.<br><br>DAN PACHOLKE, TAMMY GWIN, C. WHALEY, V. JOHANSEN, STEVE RAMSEY, GREG JONES, and JOHN SCOTT,<br><br>       Defendants. | No. C10-5147 BHS/KLS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL |

Before the court is Plaintiff's Motion to Compel Answers to Interrogatories. (ECF No. 43). Plaintiff objects to Defendants' answers to interrogatories because the Defendants failed to file their answers. Plaintiff also objects to Defendants' answers to requests for admissions and production of documents for the same reason. *Id.* Counsel for Defendants states that signature pages have been submitted to the individual defendants and will be provided to Plaintiff when received. ECF No. 44. Defendants' answers to the requests for admissions were answered and signed by counsel. This is permitted by Rule 36(a)(3) of the Federal Rules of Civil Procedure.

Accordingly, it is **ORDERED:**

(1) Plaintiff's motion to compel (ECF NO. 43) is **DENIED as moot**.

ORDER - 1

(2)     The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this  9th  day of December, 2010.

*[signature: Karen L. Strombom]*

Karen L. Strombom
United States Magistrate Judge

ORDER - 2