UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID W. RIGGINS a/k/a DAWUD HALISI MALIK,<br><br>          Plaintiff,<br><br>     v.<br><br>DAN PACHOLKE, et al.,<br><br>          Defendants. | CASE NO. C10-5147BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 51). The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R (Dkt. 51) is **ADOPTED**;

(2)     Plaintiffs' motion for partial summary judgment (Dkt. 45) is **DENIED**.

DATED this 14th day of February, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER