# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID W.RIGGINS
a/k/a DAWUD HALISI MALIK

JUDGMENT IN A CIVIL CASE

v.

DAN PACHOLKE, et al.

CASE NUMBER: C10-5147BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED**;

Defendants' motion for summary judgment is **GRANTED**; and

This action is **DISMISSED with prejudice**.


July 6, 2011
Date

WILLIAM M. McCOOL
Clerk


*s/CM Gonzalez*
Deputy Clerk